227 So.2d 374

**STATE of Louisiana ex rel. Isaac PEART**

**v.**

**H. J. DEES, Acting Warden Louisiana State Penitentiary.**

**No. 50187.**

Nov. 7, 1969.

In re: Isaac Peart applying for writ of habeas corpus and mandamus.

The application is denied. According to the return of the trial judge, the matter complained of is now moot.

227 So.2d 375

**KAEL, INC., d/b/a "Original Papa Joe's" et al.**

**v.**

**CITY OF NEW ORLEANS.**

**No. 50193.**

Nov. 7, 1969.

In re: Kael, Inc., D/B/A "Original Papa Joe's" et al. applying for writs of certiorari, prohibition, mandamus and review.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.